ACCEPTED
03-14-00615-CR
6687636
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/27/2015 3:58:45 PM
JEFFREY D. KYLE
CLERK

**W. RANDY HARRELL**
**ERIC STOEBNER**
**MIKE RUSSELL**
**JUSTIN SMITH**
**BRITTANY DARBY**
**TAD ALLEN**

# HR

## HARRELL, STOEBNER & RUSSELL, P.C.
*Attorneys at Law*

**2106 Bird Creek Drive**
**Temple, Texas 76502**
**Phone 254-771-1855**
**Fax 254-771-2082**
**www.templelawoffice.com**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/27/2015 3:58:45 PM
JEFFREY D. KYLE
Clerk

August 27, 2015

Jeffrey D. Kyle
Clerk, 3rd District Court of Appeals
PO Box 12547
Austin, Texas 78711

**VIA EFILING**

Re:  Rule 48.4 Letter for *Alexis Marie Ireland v. State*; Cause Nos. 03-14-00615-CR and
03-14-00616-CR

Dear Mr. Kyle:

I sent Ms. Ireland copies of the Court's opinions and judgments by certified mail, return receipt requested.  Enclosed is a copy of the green card for purposes of Rule 48.4.

Please let me know if you have any questions.

Best,

/s/ Justin Bradford Smith
Justin Bradford Smith

Enclosure
Cc:  Bob Odom (via email: DistrictAttorney@co.bell.tx.us)

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ~Shaun Denosh~
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Alexis Marie Ireland
TDSC 01950198
SID 08743686
904 FM 686
Dayton, TX 77353

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7014 2870 0000 5062 3669

PS Form 3811, July 2013        Domestic Return Receipt